IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL AND CATHERINE HENRY,

Appellants,

v.

CITIMORTGAGE, INC.,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2479

Opinion filed February 9, 2015.

An appeal from the Circuit Court for Duval County.
William A. Wilkes, Judge.

Thomas R. Pycraft, Jr., Michael Joseph Pelkowski, and John J. Spence, St. Augustine, for Appellants.

No appearance for Appellee.

PER CURIAM.

    We have reviewed the brief and record in this case without the benefit of an answer brief[1] but find no reversible error. Accordingly, we affirm.

    AFFIRMED.

_____

[1] No answer brief or motion was filed on behalf of Appellee even though the Clerk contacted the law firms that represented Appellee below and extended the time to file an answer.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.